UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELI SMITH,

    Plaintiff,

v.                       CASE NO. 8:18-CV-02354-VMC-JSS

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Eli Smith, and Defendant, Navient Solutions, LLC, by and through their respective counsel, hereby notify the Court pursuant to Local Rule 9.06, that all claims in Plaintiff's complaint brought against Defendant have been settled. A Joint Stipulation of Dismissal will be forthcoming.

Dated: March 6, 2019                                         Respectfully submitted,

| | |
|---|---|
| */s/Jon P. Dubbled* | */s/Aliza Beth Malouf* |
| Jon P. Dubbled, Esq. | Aliza Beth Malouf, Esq. |
| Florida Bar No. 105869 | Florida Bar No. 1010546 |
| Swift, Isringhaus & Dubbeld, P.A. | Hunton, Andrews, Kurth LLP |
| 10460 Roosevelt Blvd. N., Suite 313 | 1445 Ross Avenue, Suite 3700 |
| St. Petersburg, FL 33716 | Dallas, TX 75202 |
| Tel: 727-755-3676 | Tel: 214-979-8229 |
| jdubbeld@swift-law.com | amalouf@HuntonAK.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

  I hereby certify that on March 6, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to CM/ECF participants.

                  */s/ Aliza Malouf*
                  Aliza Malouf